**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**DE MARIO B. GRIFFIN** **PETITIONER**
**Reg #19675-045**

**v.** **Case No: 2:23-cv-00198-LPR**

**CHAD GARRETT,**
***Warden, FCC Forrest City*** **RESPONDENT**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of September 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE